

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00059-CV

STEPHEN DUNSON, Appellant

v.

SHIRLEY JACOBSON, TARRANT APPRAISAL REVIEW BOARD, AND TARRANT APPRAISAL DISTRICT, Appellees

§ On Appeal from the 348th District Court

§ of Tarrant County (348-285454-16)

§ August 29, 2019

§ Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Stephen Dunson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell